# MOSS BYRNES LLC

187 Hollow Road
Staatsburg, New York 12580
212.242.6152
andrea@mossbyrnes.com

December 12, 2024

**VIA ECF**

Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York NY 10007

> The Court will separately issue an order referring this case to the mediation program, but it does not adjourn deadlines pending mediation. The parties must submit their pre-conference filings by **Friday, December 13, 2024 at 5:00 PM**. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 13.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Date: December 12, 2024

Re: *Sepulveda v. HF Management Services, LLC,* 24cv05962(AS)

Dear Judge Subramanian,

We represent the Plaintiff, Emelina Sepulveda, in the above referenced matter. We write on behalf of all parties to respectfully request that this matter be referred to the Court's mediation program and that the initial pretrial conference scheduled for December 17, 2024, be adjourned for 60 days. We further request that the dates set forth in the Court's August 12, 2024, Order (Docket No. 5) for filing of the Case Management Plan, Scheduling Order and Joint Letter be similarly extended. We make this request because the parties have conferred and agreed to seek an early resolution through mediation.

For the foregoing reasons, the parties respectfully request this matter be referred to the Court's mediation program and that the initial pretrial conference be adjourned for 60 days along with similar extensions of deadlines set forth in the Court's August 12, 2024, Order.

Thank you for your consideration of this request,

Respectfully submitted,

Andrea Moss

1