UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMELINA AYRES SEPULVEDA,<br><br>　　　　　　　Plaintiff,<br><br>　　-against-<br><br>HF MANAGEMENT SERVICES, LLC,<br><br>　　　　　　　Defendant. | 24-cv-05962(AS)<br><br>**[PROPOSED] JUDGMENT** |

Plaintiff and Defendant, by their attorneys, having consented to entry of Judgment without trial or adjudication of any issue of fact or law herein, for settlement purposes only, and without this Judgment constituting any evidence against or an admission by Defendant with respect to any such issue,

**Now, therefore, it is hereby ordered, adjudged and decreed that:**

Judgment be entered in favor of Plaintiff and against Defendant in the amount of Four Thousand and 00/100 dollars ($4,000), inclusive of Plaintiff's costs, disbursements and attorneys' fees, as set forth in the accepted offer of judgment (Dkt. No. 28).

The Clerk of Court is respectfully directed to close the case.

Dated: July 8, 2025

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Arun Subramanian, U.S.D.J.